UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -

FAREED MUMUNI,

          Defendant.

– – – – – – – – – – – – – – – – – – –X

**PLEA PENALTY SHEET**

No. 15-CR-393 (MKB)

       **This is not a plea agreement**.  The government submits this plea penalty sheet to advise the Court of the penalties the defendant faces upon pleading guilty to the above-captioned indictment.

**I.**    **COUNT ONE – Conspiracy To Provide Material Support to a Foreign Terrorist Organization**

    A.    Statutory Penalties

        1.    Maximum term of imprisonment: 20 years (18 U.S.C. § 2339B(a)(1)).

        2.    Minimum term of imprisonment: 0 years (18 U.S.C. § 2339B(a)(1)).

        3.    Maximum supervised release term: life, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 20 years without credit for pre-release imprisonment or time previously served on post-release supervision (18 U.S.C. §§ 2339B(a)(1), 3583(e) & (j)).

        4.    Maximum fine: $250,000 (18 U.S.C. § 3571(b)(3)).

        5.    Restitution: In an amount to be determined by the Court (18 U.S.C. § 3663).

        6.    $100 special assessment (18 U.S.C. § 3013).

1

The sentence imposed on Count One may run consecutively to the sentences imposed on the other counts.

B.    Guidelines Estimate[1]

| | |
|---|---|
| Base Offense Level (§§ 2M5.3(c)(2), 2A2.1(a)(1)) | 33 |
| Plus: Official Victim (§§ 3A1.2(b), 1B1.5(c)) | + 6 |
| Plus: Terrorism Enhancement (§ 3A1.4(a)) | +12 |
| Less:  Acceptance of Responsibility (§ 3E1.1(a) & (b)) | -3 |
| Total: | 48 |

This level carries an advisory Guidelines sentence of life imprisonment, as the defendant falls within Criminal History Category Six, pursuant to U.S.S.G. § 3A1.4(b).

II.    **COUNT TWO - Attempt To Provide Material Support to a Foreign Terrorist Organization**

A.    Statutory Penalties

1.    Maximum term of imprisonment: 20 years
(18 U.S.C. § 2339B(a)(1)).

2.    Minimum term of imprisonment: 0 years
(18 U.S.C. § 2339B(a)(1)).

3.    Maximum supervised release term: life, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 20 years without credit for pre-release imprisonment or time previously served on post-release supervision
(18 U.S.C. §§ 2339B(a)(1), 3583(e) & (j)).

4.    Maximum fine: $250,000
(18 U.S.C. § 3571(b)(3)).

5.    Restitution: In an amount to be determined by the Court
(18 U.S.C. § 3663).

---

[1]    The Guidelines calculations set forth herein are only estimates and are not binding on the government, the Probation Department or the Court.  The inclusion of a downward adjustment under § 3E1.1 in the estimates depends on the defendant demonstrating acceptance of responsibility, through allocution and subsequent conduct, prior to the imposition of sentence.

6.      $100 special assessment
        (18 U.S.C. § 3013).

The sentence imposed on Count Two may run consecutively to the sentences imposed on the other counts.

B.      Guidelines Estimate[2]

| | |
|---|---|
| Base Offense Level (§§ 2M5.3(c)(2), 2A2.1(a)(1)) | 33 |
| Plus: Official Victim (§§ 3A1.2(b), 1B1.5(c)) | + 6 |
| Plus: Terrorism Enhancement (§ 3A1.4(a)) | +12 |
| Less:  Acceptance of Responsibility (§ 3E1.1(a) & (b)) | -3 |
| Total: | 48 |

This level carries an advisory Guidelines sentence of life imprisonment, as the defendant falls within Criminal History Category Six, pursuant to U.S.S.G. § 3A1.4(b).

## III.    COUNT THREE – Conspiracy To Assault Federal Officers

A.      Statutory Penalties

1.      Maximum term of imprisonment: 5 years
        (18 U.S.C. § 371).

2.      Minimum term of imprisonment: 0 years
        (18 U.S.C. § 371).

3.      Maximum supervised release term: 3 years, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 1 year without credit for pre-release imprisonment or time previously served on post-release supervision
        (18 U.S.C. §§ 3583(b), (e)).

4.      Maximum fine: $250,000
        (18 U.S.C. § 3571).

5.      Restitution: To be determined by the Court
        (18 U.S.C. § 3663).

---

[2]      See Footnote 1.

3

6.      $100 special assessment
        (18 U.S.C. § 3013).

The sentence imposed on Count Three may run consecutively to the sentences imposed on the other counts.

B.      Guidelines Estimate[3]

| | |
|---|---|
| Base Offense Level (§§ 2X1.1(a), 2A2.2(a)) | 14 |
| Plus: More Than Minimal Planning (§§ 2X1.1(a), 2A2.2(b)(1)) | + 2 |
| Plus: Dangerous Weapon Otherwise Used (§§ 2X1.1(a), 2A2.2(b)(2)(B)) | + 4 |
| Plus: Official Victim (§§ 3A1.2(b)) | + 6 |
| Plus: Terrorism Enhancement (§ 3A1.4(a)) | +12 |
| Less:  Acceptance of Responsibility (§ 3E1.1(a) & (b)) | - 3 |
| Total: | 35 |

This level carries an advisory Guidelines sentencing range of 292 – 365 months' imprisonment, as the defendant falls within Criminal History Category Six, pursuant to U.S.S.G. § 3A1.4(b).

## IV.      COUNT FIVE – Attempted Murder of Federal Officers

A.      Statutory Penalties

1.      Maximum term of imprisonment: 20 years
        (18 U.S.C. § 1113, 1114(3)).

2.      Minimum term of imprisonment: 0 years
        (18 U.S.C. § 1113, 1114(3)).

3.      Maximum supervised release term: 5 years, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 2 years without credit for pre-release imprisonment or time previously served on post-release supervision
        (18 U.S.C. §§ 3583(b), (e)).

4.      Maximum fine: $250,000
        (18 U.S.C. § 3571).

---

[3]      See Footnote 1.

4

     5.      Restitution: To be determined by the Court
            (18 U.S.C. § 3663).

     6.      $100 special assessment
            (18 U.S.C. § 3013).

The sentence imposed on Count Five may run consecutively to the sentences imposed on the other counts.

B.     Guidelines Estimate[4]

| | |
|---|---|
| Base Offense Level (§ 2A2.1(a)(1)) | 33 |
| Plus: Official Victim (§§ 3A1.2(b)) | + 6 |
| Plus: Terrorism Enhancement (§ 3A1.4(a)) | +12 |
| Less: Acceptance of Responsibility (§ 3E1.1(a) & (b)) | - 3 |
| Total: | 48 |

This level carries an advisory Guidelines sentence of life imprisonment, as the defendant falls within Criminal History Category Six, pursuant to U.S.S.G. § 3A1.4(b).

## IV.    COUNT SIX – Assault of a Federal Officer

A.     Statutory Penalties

     1.      Maximum term of imprisonment: 20 years
            (18 U.S.C. § 111(b)).

     2.      Minimum term of imprisonment: 0 years
            (18 U.S.C. § 111(b)).

     3.      Maximum supervised release term: 5 years, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 2 years without credit for pre-release imprisonment or time previously served on post-release supervision
            (18 U.S.C. §§ 3583(b), (e)).

     4.      Maximum fine: $250,000
            (18 U.S.C. § 3571).

---

[4]     See Footnote 1.

5.      Restitution: To be determined by the Court
        (18 U.S.C. § 3663).

6.      $100 special assessment
         (18 U.S.C. § 3013).

The sentence imposed on Count Six may run consecutively to the sentences imposed on the other counts.

B.      Guidelines Estimate[4]

| | |
|---|---|
| Base Offense Level (§ 2A2.2(a)) | 14 |
| Plus: More Than Minimal Planning (§ 2A2.2(b)(1)) | + 2 |
| Plus: Dangerous Weapon Was Used (§ 2A2.2(b)(2)(B)) | + 4 |
| Plus: Conviction Under Section 111(b) (§ 2A2.2(b)(7)) | + 2 |
| Plus: Official Victim (§§ 3A1.2(b)) | + 6 |
| Plus: Terrorism Enhancement (§ 3A1.4(a)) | +12 |
| Less:  Acceptance of Responsibility (§ 3E1.1(a) & (b)) | - 3 |
| Total: | 37 |

This level carries an advisory Guidelines sentencing range of 360 months – life imprisonment, as the defendant falls within Criminal History Category Six, pursuant to U.S.S.G. § 3A1.4(b).

---

[4]      See Footnote 1.

6

## V.   Grouped Guidelines Estimate[6]

Counts One, Two, Three, Five and Six are grouped together as the offenses involve acts and transactions connected by a common criminal objective and constitute part of a common scheme or plan.  See U.S.S.G. § 3D1.2(b).

The Multiple Count Analysis, pursuant to U.S.S.G. § 3D1.4, is as follows:

|  | Level | Units |
|---|---|---|
| Counts One, Two, Three, Five, and Six | 48 | 1 |
| Total Units | | 1 |

Pursuant to U.S.S.G. § 3D1.4, the highest offense level of 48 is used, and no additional levels are added for 1 unit, yielding a combined offense level of 48.  This level carries a range of imprisonment of life, as the defendant falls within Criminal History Category Six, pursuant to U.S.S.G. § 3A1.4(b).  Because the statutory maximum sentence on all counts set forth above is 85 years, the effective Guidelines range of imprisonment is 85 years.

Dated:   Brooklyn, New York
February 8, 2017

ROBERT L. CAPERS
United States Attorney
Eastern District of New York


By:      /s/ Douglas M. Pravda
Douglas M. Pravda
Alexander A. Solomon
Ian C. Richardson
Assistant United States Attorneys


cc.   Clerk of the Court (MKB)
Anthony Ricco, Esq. (via email)

---

[6]      See Footnote 1.