**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of December, two thousand nineteen.

Before:  John M. Walker, Jr.,
 José A. Cabranes,
 Peter W. Hall,
  *Circuit Judges.*

_____

United States of America,

 Appellant,

v.

Fareed Mumuni,

 Defendant - Appellee,

Munther Omar Saleh, AKA Abu Omar al-Ramli,
AKA Abu Omar ar-Ramli,

 Defendant.

_____

**JUDGMENT**

Docket No. 18-1604

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the case is REMANDED for resentencing in accordance with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/17/2020