# EXHIBIT A



**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

Federal Correctional Institution

---

*P.O. Box 69*
*Berlin, NH 03570*

February 18, 2020

MEMORANDUM FOR:   File

FROM:   J. Kelley, Correctional Counselor

SUBJECT:   Fareed Mumuni, Reg. No. 85947-053

This memo is in reference to inmate Fareed Mumuni's inmate record while incarcerated at FCI Berlin. I have been his Correctional Counselor since October, 2018. During this time, inmate Mumuni has not received any Incident Reports for violations of prison rules. Inmate Mumuni has also served as an inmate orderly in the housing unit during this time, and has participated in a number of programs through the institution's Education Department. Attached is a copy of his educational and disciplinary record.

```
BERGC                *         INMATE EDUCATION DATA       *     02-18-2020
PAGE 001 OF 001 *                   TRANSCRIPT             *       09:43:29

REGISTER NO: 85947-053    NAME..: MUMUNI                 FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: BER-BERLIN FCI

------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
BER  ESL HAS    ENGLISH PROFICIENT           06-20-2018 0758 CURRENT
BER  GED HAS    COMPLETED GED OR HS DIPLOMA  06-20-2018 0758 CURRENT

------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV  HRS
BER       CRITICAL THINKING           10-17-2019  12-03-2019  P   C  P    4
BER       7 HABITS ON THE INSIDE      03-11-2019  05-15-2019  P   C  P   20
BER       AFRICAN AMERICAN HISTORY    01-08-2019  04-27-2019  P   C  P   12
BER       PUBLIC SPEAKING             10-29-2018  12-28-2018  P   C  P   10
BER       SPANISH 2-FCI               07-06-2018  10-14-2018  P   C  P    8
BER       MANAGE YOUR OWN RESTURANT 2 07-06-2018  08-30-2018  P   C  P   12
BER       EXPLORATORY VT COMPUTERS    08-20-2018  08-27-2018  P   W  V    1
BRO M     ENTREPRENEURSHIP            11-13-2017  12-30-2017  P   C  P   24
BRO M     MONEY SMART OLDER ADULTS    10-25-2017  10-25-2017  P   W  V    0
BRO M     CDL                         08-24-2017  10-12-2017  P   C  P   16
BRO M     TUTOR TRAINING              03-21-2017  03-21-2017  P   C  P    2




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
BERGC              *        INMATE DISCIPLINE DATA       *    02-18-2020
PAGE 001 OF 001 *     CHRONOLOGICAL DISCIPLINARY RECORD  *    10:02:45

REGISTER NO: 85947-053 NAME..: MUMUNI, FAREED
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-18-2020
```

```
G5401      DISCIPLINE DATA DOES NOT EXIST FOR THIS INMATE
```