TRULINCS 85947053 - MUMUNI, FAREED - Unit: BRO-H-A

15CR 393-MKB-2

FROM: 85947053
TO:
SUBJECT: SENTENCING COURT
DATE: 06/21/2021 08:47:11 PM

Fareed Mumuni, 85947053
Metropolitan Detention Center
P.O. Box# 329002
Brooklyn, New York 11201

Honorable Margo Brodie
Eastern District of New York Courthouse
225 Cadman Plaza
Brooklyn, New York 11201

June 21, 2021

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 25 2021 ★
BROOKLYN OFFICE

RECEIVED JUN 25 2021 PRO SE OFFICE

Your Honor:

    I would first like to express my deepest apology for my actions and to the FBI Agent that was injured due to my actions. I am sincerely remorseful for my previous conduct. I would like to deeply apologize to the AUSA and all parties involved whom had to prosecute and investigate this case as a result of my stupidity. And I would like to also apologize to my family, whom have suffered tremendously throughout this case and my current incarceration.

    Your Honor, I had years to think about my actions. And I came to the conclusion that I was not at the right state of mind. I assumed I was supporting a just cause, but in reality I had been manipulated by those I thought was my friends. I had been mislead and thought that I was being lead by the truth, but it was all false, your honor. I still cannot imagine me doing what I did on that terrible day. It was repulsive and it was absolutely not appropriate under my religion. I still fight myself to this very day because of my actions, not knowing that I could have been shot and killed or killed someone, based upon my actions & false belief. I had time to reflect [deeply] these past six-years about my actions and how it has landed me here. I had grown and matured in these past six years. The 21 year old I was, back then, is not the 27 year old man I am today. My views on practically everything has changed because I no longer indulge with people who share those horrible beliefs.

    This letter--to you--is not to fabricate my worth simply to get a lenient sentence, it is a commitment that I will stand by for the rest of my life. I have been making the best with what is available to me in prison. Since I been in Federal Prison I had not been in any trouble, never received a single infraction or write-up. I had been programming and gaining certificates, and awaiting to attend College to get my Degree. Your honor, I know right- from-wrong now, and will prove to you and my family members that an opportunity to be around positive people will always lead top becoming a better person and to do the right thing in life. I apologized to the court before and I understand that words are meaningless unless they are accompanied by real actions. So, I have been attempting to show myself and family that I am better and will do better.

    Your honor when you sentence me to 204 months you had given me a an opportunity to get it right. And you given me another chance at life. I sincerely believe that I have my life in order and I am ready to show the world that I am better than my worse mistake in life. Please your honor, permit me this opportunity to get it right. You did not make the erroneous decision at the first sentencing. I am asking that your initial sentence remain the same at 'resentencing'.

    I am sure that the AUSA' may not be pleased with my statements before you but I want them to know that I am sincerely remorseful for my actions and I would appreciate it if they would give me the opportunity to show them that I am better than what I did on June 17, 2015. I cannot take this back, but I surely can make a positive difference that would reflect this a better and productive man. I thank you and I am appreciative for your honor [and all parties involved] who may give me the opportunity to get my life in prospective, THANK YOU.

                                                                                /s/

C: File
Attorneys, Anthony Ricco, Esq.
Kenneth Montgomery, Esq.

NEW YORK NY 100
22 JUN 2021 PM 9 1

Honorable Margo Brodie
Eastern District of New York Courthouse
225 Cadman Plaza East, Room 1165
Brooklyn NY 11201-1818

11201-181809

Fareed Mumuni 86547-053
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, New York 11232

USMS

**METROPOLITAN DETENTION CENTER**
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through the mail procedures for forwarding to you. If the letter has neither been opened nor inspected, which this facility has jurisdiction or a problem over to return the material to the addressee, you may wish or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.