

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:AAS/ICR
F. #2015R00096

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 4, 2021

<u>By ECF</u>

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>United States v. Fareed Mumuni</u>
            <u>Criminal Docket No. 15-393 (MKB)</u>

Dear Chief Judge Brodie:

      The government respectfully submits this letter in opposition to the defendant's request for a 30-day adjournment to sentencing. As the Court is aware, on January 21, 2020, the Second Circuit issued a mandate vacating the original sentence and remanding the matter for resentencing. (ECF No. 163). In the approximately two years since the Second Circuit's mandate, there have been repeated continuances of the resentencing hearing, none of which have been requested by the government. The government believes that no more continuances should be granted, especially where the

victims of the defendant's crimes are entitled to prompt closure of this painful matter.  See 18 U.S.C. § 3771(a)(7) ("A crime victim has . . . [t]he right to proceedings free from unreasonable delay.").

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:   /s/ Alexander A. Solomon
        Alexander A. Solomon
        Douglas M. Pravda
        Ian C. Richardson
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (MKB) (by ECF)
       Anthony Ricco, Esq. (by ECF)