RECEIVED IN PRO SE OFFICE
FEB 22 2022

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2022 ★
BROOKLYN OFFICE

Your Honor,

I am enclosing a hand-written submission for Your Honors consideration during my re-sentencing. I have been under 24/7 lockdown for over 50 days straight and unable to prepare a typed version for easier reading. I apologize for any inconvenience.

Sincerely Fareed Mumuni

February 15, 2022

The Honorable Judge Brodie
US District Courthouse - EDNY
225 Cadman Plaza East
Brooklyn NY 11201

Your Honor

I know that you are familiar with the intimate details of my case which has been argued and re-argued over the last 7 years. I am not writing to your Honor to make any excuses for the actions in this case - because there are none. Despite my fragile emotional state of my youth that led me to my previously radicalized actions, I am the only person who chose that path. I am the only one to blame. After I was arrested, reality came crashing down on me and the whole weight of my actions hit me like a ton of bricks. I ruined my life that day as well as so many others. But I am so thankful that I was not killed that day. As Your Honor recalls, I openly and humbly spoke with law enforcement about my actions (and underlying thoughts) that day plus my complete relationship with my co-defendant. An enormous weight was lifted off my conscience that day, more likely than not (even unrealized by me at the time) my first critical step towards redemption.

Words can not explain how thankful I am for the compassion and disciplined response of all the law enforcement officials that day, for effectively saving my life when they could have easily taken it.

In sincere respect for their gift of life to me - I have endeavored every day since to: 1) a self-prescribed regimine of academic education (overcoming many of my self-esteem destroying failures at college and 2) a religious re-education (unprogramming my improper beliefs about Islam). I realize that these educational foundations are the basis for my ultimate redemption and will be for the rest of my life.

I sadly learned, in hindsight, that there was a plethora of other options in my youth to stop my spiraling emotional distress. Since and rising from the darkest places those emotions took me, I dedicated myself to a better and brighter future through education. To date I have made incredible self-progress in both learning spheres. As your Honor is aware, there are very limited learning options in the B.O.P for those who, like me, seek rehabilitation. I am praying that is not always the case in the future for me and others who have the same rehabilitation desires. Specifically my hope is that the B.O.P create a proper and significant curriculum for de-radicalization. I have heard rumors of a program that is in the works since I transferred to FCI Berlin in 2018. To date - nothing has been created or offered.

In the academic arena, Your Honor knows I began facing my fears of educational failures by using my prior education as a foundation to help others; including receiving my tutor training certification at M.D.C. I followed my self imposed continuing education goals by completing the few options MDC offered in 2017. Once I arrived at Berlin-FCI, I sought out the education options and signed up for everything available. I took a newfound pride after successfully completing each class

The "7 habits of highly Successful people" class based on Steven Covey's teachings inspired me. It reinforced my learning that anyone - including me - could be on a path to personal successes as long as I, 1) had a plan, 2) took affirmative steps towards its completion, and 3) gave a relentless effort day after day towards those goals. Academically, I left FCI Berlin before the COVID-19 lockdowns with a new emotional strength and purpose.

As I said before, Your Honor knows that there are no deradicalization programs offered in the B.O.P. As such, I have taken it upon myself to seek out many different people from varying religious backgrounds - not just Muslims. I have discussed both superficial and in depth differences and similarities of each persons religious teaching. One theme that was obvious to me early in my self-teaching plan was the real similarities of "love for your brother what you love for yourself" concept. And this idea of betterment through mutual love and cooperation struck me deeply. I took to the the reading of MLK speeches and one quote of his to highlight this point was when he said "We will meet your physical force with soul force, Do to us what you will and we will still love you." And indeed change was brought. When I see how men like MLK and others used Love as a vehicle for change, and I compare it to my previously held beliefs of hate and violence I am ashamed beyond words.

I am now learning Islam's pillars correctly. Additionally - I worked tirelessly to acquire proper Knowledge through Islamic teachings with books such as "The Keys to Happiness", "Alchemy of Happiness", and "The Summary of religious knowledge" and so much more. The more I read your Honor, the more I realized the errors in my previously uneducated and skewed Islamic views

I also admitted to myself that no one was to blame for my improper beliefs and actions, but me. Now I am clear that I failed myself & then- by not searching and seeking the same available teachings. Through education I am learning the truth of my religion in all of its beauty; in contrast to religious pillars based on hate. I have a lifetime of correct studies in Islam ahead of me - but in my growth (since my incarceration) I have found deep-founded pride in sharing my acquired knowledge with others who remain a radicalized influence. Each day of learning has expanded the love in my heart.

I know Your Honor has heard never ending stories about the Pandemic disaster and mitigation failures that began day 1 (April 1, 2020) and continues today. I am writing from my 27/7 lockdown conditions due to the Omicron variant infections, 51 day and counting in solitude. I can verify that the true depths of dispair amongst MDC's detainees have not been properly articulated to the Courts. The inhumanity has been abhorrant - specifically considering the only true change at MDC 23-months later has been a series of new wardens; never the mitigating response by the BOP or MDC. If I can humbly present one compassionate thought for your Honor, it would be to please use every judiciary power at your disposal to invoke more scrutiny on the inhumanity that is considered acceptable - and affect medical response and protocol changes for every human being who passes through MDC after me. No one should experience these conditions especially not in the United States. I pray for these changes.

Your Honor. I was given a gift. On the day I was arrested in 2015, I was prepared to die - and only because of the honorable restraints of men and women in law enforcement, I am alive today. I have

found myself (and self-esteem to survive) through education. I have a clear view of my purpose in life. I have taken my past failures in education and created my personal foundation of strength. Now - and as a result - I have the ability to share my experiences with other similarly situated people; both the good and the bad. Through this gift - a second life - my admission of radicalism has opened the door for my life's journey of rehabilitation and redemption. Admission really to myself - that only I am to blame - has been an epiphany that freed me. Today, I see a bright future while thanking the U.S law enforcement officers for their bravery and kindness. I would also like to apologize with every fiber of my being for the irreparable harm I have caused them and their loved ones and also mine. My mother especially. I thank Allah for the truths I've acquired during my rehabilitation so far. Your Honor should know that I have travelled a long way educationally and maturity wise - from that "kid" that I no longer recognize.

Your Honor - I thank you for reading about my journey the last few years and the personal discoveries I have made. I have a multitude of education-based accomplishments ahead of me throughout my remaining days in the B.O.P and beyond. I continue to pray for the officers who saved my life. They are true heroes. They will forever have my gratitude.

Sincerely, Fareed Mumuni

Fareed Mumuni #85947-053
Metropolitan Detention Center
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232



LEGAL MAIL

ProSe Desk

Clerck of the Court
ProSe Desk
US District Courthouse - EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

[Envelope back, upside-down return address stamp:]

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232

The enclosed letter was processed through
the mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which the facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.

LEGAL MAIL - PROSE DESK