

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/DMP/ICR  *271 Cadman Plaza East*
F. #2015R00096  *Brooklyn, New York 11201*

June 13, 2022

<u>By ECF</u>

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Fareed Mumuni
            <u>Criminal Docket No. 15-393 (MKB)</u>

Dear Chief Judge Brodie:

      On June 3, 2022, the Court filed under seal a Memorandum and Order explaining the reasons for the sentence imposed on May 31, 2022, on remand from the U.S. Court of Appeals for the Second Circuit in the above-referenced case. In the docket text accompanying the Memorandum and Order, the Court instructed that "[t]he parties, including counsel for codefendant Munther Omar Saleh, shall submit an agreed upon redacted version within ten days." The government understands, however, that counsel for co-defendant Saleh has not yet been provided a copy of the sealed Memorandum and Order.

      Accordingly, the government respectfully requests that the Court extend the parties' time to submit proposed redactions to the Memorandum and Order until June 24,

2022, and authorize the government to provide a sealed copy of the Memorandum and Order to co-defendant Saleh's counsel of record, Ms. Deborah Colson, Esq. for her review.

                                                Respectfully submitted,

                                                BREON PEACE
                                                United States Attorney

By:   /s/ _____
        Alexander A. Solomon
        Douglas M. Pravda
        Ian C. Richardson
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of the Court (MKB) (by ECF)
       Anthony Ricco, Esq. (by ECF)