

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/DMP/ICR
F. #2015R00096

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 27, 2022

By ECF

The Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Fareed Mumuni
                  Criminal Docket No. 15-393 (MKB)

Dear Chief Judge Brodie:

      The government respectfully submits this letter to advise the Court that the parties, including counsel for co-defendant Munther Omar Saleh, agree that no redactions to the Court's June 3, 2022 Memorandum and Order are necessary prior to its unsealing.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Douglas M. Pravda
      Douglas M. Pravda
      Alexander A. Solomon
      Ian C. Richardson
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Clerk of the Court (MKB) (by ECF)
       Anthony Ricco, Esq. (by ECF)
       Deborah Colson, Esq. (by ECF)